IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STACEY RENEE WALKER and CHRISTOPHER DARIUS LARSEN,<br><br>Defendants. | CR 20-21-BLG-SPW<br><br><br><br>FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the United States' motion for final order of forfeiture (Doc. 101). Having reviewed the motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A preliminary order of forfeiture was entered on July 15, 2021 (Doc. 95);

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4.  There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

It is therefore ORDERED that:

1.  The motion for final order of forfeiture is GRANTED.

2.  Judgment of forfeiture of the following property shall enter in favor of the United States, pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Hi-Point, model CF380, .380 caliber pistol (S/N P8066134)
- Beretta. Model 961A, .40 caliber pistol (S/N A56721M); and
- assorted ammunition.

3.  The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 6th day of October, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge